IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN C. POLGAR )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>CAROLYN W. COLVIN )<br>ACTING COMMISSIONER OF )<br>SOCIAL SECURITY )<br>)<br>)<br>Defendant )<br>)<br>) | CIVIL ACTION NO.<br>3:14-CV-00960-MAS |

## CERTIFICATION

The undersigned, as Chief, Court Case Preparation and Review Branch 2, Office of Appellate Operations, Office of Disability Adjudication and Review, Social Security Administration, hereby certifies that the documents annexed hereto constitute a full and accurate transcript (except as designated on the Index herein, Exhibit 16F page 155 was removed from the exhibit by the Appeals Council because it does not refer to the claimant.) of the entire record of proceedings relating to this case.

*Kathie Hartt*

_____
KATHIE HARTT

Date: March 19, 2014