# Court Transcript Index

Civil Action Number:  3:14-cv-00960-MAS
Claimant:             Steven C. Polgar
Account Number:       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

| Court Transcript Index | Page No. | No. of Pages |
|---|---|---|
| AC Denial (ACDENY), dated 10/21/2013 | 1-5 | 5 |
| Misc Non-Disability Development (MDF D), dated 11/26/2012 | 6 | 1 |
| AC Correspondence (ACCORR), dated 02/13/2012 | 7-9 | 3 |
| Request for Review of Hearing Decision/Order (HA 520), dated 11/01/2011 | 10-12 | 3 |
| Transcript of Oral Hearing (TRANHR), dated 08/26/2011 | 13-34 | 22 |
| Notice Of Hearing Reminder (HA503), dated 08/12/2011 | 35-39 | 5 |
| Acknowledge Notice of Hearing (504), dated 07/11/2011 | 40 | 1 |
| Hearing Notice (507), dated 07/11/2011 | 41-57 | 17 |
| Representative Correspondence (REPLTR), dated 04/20/2011 | 58-59 | 2 |
| Request for Hearing Acknowledgement Letter (HRGACK), dated 09/08/2010 | 60-65 | 6 |

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1A | Disability Determination Transmittal, dated 08/19/2010 | 66 | 1 |
| 2A | Explanation of Determination | 67 | 1 |
| 3A | ALJ Hearing Decision, dated 10/07/2011 | 68-83 | 16 |
| 4A | ALJ Hearing Decision | 84-88 | 5 |
| 1B | T2 Notice of Disapproved Claim, dated 08/19/2010 | 89-92 | 4 |
| 2B | Appointment of Representative, dated 08/26/2010 | 93 | 1 |
| 3B | Representative Fee Agreement, dated 08/26/2010 | 94 | 1 |
| 4B | Request for Hearing by ALJ, dated 08/30/2010 | 95-96 | 2 |
| 5B | Resume of Vocational Expert | 97-98 | 2 |
| 1D | Application for Disability Insurance Benefits, dated 06/23/2010 | 99-107 | 9 |
| 2D | New Hire, Quarter Wage, Unemployment Query (NDNH) | 108-109 | 2 |
| 3D | DISCO DIB Insured Status Report | 110-113 | 4 |
| 4D | DIBWIZ | 114-146 | 33 |
| 5D | New Hire, Quarter Wage, Unemployment Query (NDNH) | 147 | 1 |
| 1E | Disability Report - Field Office, dated 06/23/2010 | 148-150 | 3 |
| 2E | Disability Report - Adult | 151-160 | 10 |
| 3E | Function Report - Adult, dated 07/24/2010, from Claimant | 161-171 | 11 |
| 4E | Work History Report, dated 07/24/2010, from Claimant | 172-179 | 8 |
| 5E | Disability Report - Field Office, undated | 180-181 | 2 |
| 6E | Disability Report - Appeals, undated | 182-187 | 6 |
| 7E | Representative Correspondence, dated 08/16/2011 to 10/18/2011, from Atty James Fareri | 188-201 | 14 |

DATE: March 19, 2014

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number:  3:14-cv-00960-MAS
Claimant:                    Steven C. Polgar
Account Number:      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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 8E | Representative Brief | 202 | 1 |
| 1F | HIV Questionnaire, dated 08/16/2005, from POCONO MEDICAL CENTER | 203-204 | 2 |
| 2F | Emergency Department Records, dated 08/09/2005 to 08/20/2005, from POCONO MEDICAL CENTER | 205-236 | 32 |
| 3F | Office Treatment Records, dated 09/18/2002 to 12/05/2005, from UROLOGY ASSOCIATES | 237-247 | 11 |
| 4F | Emergency Department Records, dated 08/19/2006 to 12/27/2006, from POCONO MEDICAL CENTER | 248-314 | 67 |
| 5F | Emergency Department Records, dated 02/28/2007, from POCONO MEDICAL CENTER | 315-333 | 19 |
| 6F | Hospital Records, dated 12/18/2007 to 11/19/2008, from RYAN SMITH, MD | 334-345 | 12 |
| 7F | LAB REPORTS, dated 03/25/2009, from FRANCIS CINELLI, DO | 346-353 | 8 |
| 8F | Hospital Records, dated 08/24/2009, from POCONO MEDICAL CENTER | 354-357 | 4 |
| 9F | Hospital Records, dated 08/20/2009 to 08/24/2009, from POCONO MEDICAL CENTER | 358-406 | 49 |
| 10F | Emergency Department Records, dated 09/28/2009, from POCONO MEDICAL CENTER | 407-415 | 9 |
| 11F | Office Treatment Records, dated 08/11/2009 to 10/16/2009, from DARELL COVINGTON, MD | 416-436 | 21 |
| 12F | Office Treatment Records, dated 03/19/2009 to 03/31/2010, from BAIRD, DO, ONALD E | 437-441 | 5 |
| 13F | Emergency Department Records, dated 05/07/2009 to 03/31/2010, from POCONO MEDICAL CENTER | 442-466 | 25 |
| 14F | Emergency Department Records, dated 05/10/2009 to 04/04/2010, from POCONO MEDICAL CENTER | 467-482 | 16 |
| 15F | Office Treatment Records, dated 03/31/2010 to 04/07/2010, from New Perspectives | 483-505 | 23 |
| 16F | Hospital Records, dated 05/20/2010 to 05/27/2010, from Pocono Medical Center | 506-684 | 179 |
| 17F | Office Treatment Records, dated 05/23/2010 to 07/02/2010, from CASALE, MD, PETER J | 685-689 | 5 |
| 18F | Office Treatment Records, dated 01/05/2008 to 07/12/2010, from BANGOR MEDICAL CENTER | 690-711 | 22 |
| 19F | Office Treatment Records, dated 10/02/2001 to 07/26/2010, from Steven Gold, MD | 712-732 | 21 |
| 20F | Office Treatment Records, dated 06/07/2010 to 07/30/2010, from THE REDCO GROUP | 733-745 | 13 |
| 21F | Mental RFC Assessment, dated 08/16/2010, from PAUL PEACH, ED.D | 746-748 | 3 |

DATE: March 19, 2014

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number:  3:14-cv-00960-MAS
Claimant:             Steven C. Polgar
Account Number:       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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 22F | Psychiatric Review Technique, dated 08/16/2010, from PAUL PEACH, ED.D | 749-762 | 14 |
| 23F | DDS Disability Worksheet, dated 07/16/2010 to 08/19/2010 | 763-767 | 5 |
| 24F | Office Treatment Records, dated 06/07/2010 to 08/27/2010, from REDCO GROUP | 768-780 | 13 |
| 25F | Psychiat Assessment, dated 03/31/2010 to 05/23/2010, from New Perspectives | 781-802 | 22 |
| 26F | Treatment notes, labs, meds, dated 03/03/2011 to 03/10/2011, from Eastern Pennsylvania Nephrology Associates | 803-807 | 5 |
| 27F | Treatment notes, labs, Problem List, dated 02/10/2011 to 05/17/2011, from Dr. Geraldo A Saavedra | 808-823 | 16 |
| 28F | Treatment notes & labs, dated 08/01/2005 to 01/25/2011, from Pocono Adult & Pediatric Medical Group | 824-841 | 18 |
| 29F | Medication Review, dated 07/01/2010 to 05/05/2011, from ReDco Group | 842-847 | 6 |
| 30F | Progress nts, Scan, CT, dated 03/30/2011 to 04/13/2011, from Joseph M Antario M.D. | 848-852 | 5 |
| 31F | Hospital Records  & Scans, dated 07/20/2010 to 04/06/2011, from Pocono Medical Center | 853-861 | 9 |
| 32F | Adult Psych Evaluation, dated 09/09/2011, from Comprehensive Psych Services | 862-866 | 5 |
| 33F | Adult Psych Evaluation, dated 08/15/2011 to 08/30/2011, from The ReDco Group | 867-879 | 13 |

DATE: March 19, 2014

The documents and exhibits contained in this administrative record are the best copies obtainable.