UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STEVEN C. POLGAR | CIVIL ACTION NO.14-960 (MAS) |
| Plaintiff, | **O R D E R** |
| v. |  |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, |  |
| Defendant. |  |

**THE PLAINTIFF** seeking review of a determination by the Social Security Administration ("SSA"); and the SSA filing an answer and an administrative record, <u>see</u> L.Civ.R. 9.1(c); and the Court determining that the action should now be prosecuted and resolved in a timely manner;[1] and for good cause appearing:

**IT IS THEREFORE** on this **2ND** day of **April**, 2014, **ORDERED** pursuant to Local Civil Rule 9.1(d)(1) that the plaintiff will serve and electronically file a statement of the primary contentions or arguments for relief by **APRIL 16, 2014**; and

**IT IS FURTHER ORDERED** that failure to abide by the above directive will result in dismissal of the Complaint for lack of prosecution under Federal Rule of Civil Procedure 41(b) without further notice; and

---

[1] This Order overrides any deadline that may be set by the Clerk's Office.

**IT IS FURTHER ORDERED** pursuant to Local Civil Rule 9.1(d)(2) that the SSA will serve and electronically file a response stating whether it agrees that the plaintiff is entitled to relief by **MAY 14, 2014**; and

**IT IS FURTHER ORDERED** that the SSA, if failing to abide by the above directive, will be deemed to disagree that the plaintiff is entitled to relief; and

**IT IS FURTHER ORDERED** pursuant to Local Civil Rule 9.1(e)(1) that the plaintiff will serve and electronically file a brief setting forth all errors that entitle the plaintiff to relief by **JUNE 11, 2014**; and

**IT IS FURTHER ORDERED** that failure to abide by the above directive will result in dismissal of the Complaint for lack of prosecution under Federal Rule of Civil Procedure 41(b) without further notice; and

**IT IS FURTHER ORDERED** pursuant to Local Civil Rule 9.1(e)(2) that the SSA will serve and electronically file a responsive brief within 45 days after the plaintiff files a brief; and

**IT IS FURTHER ORDERED** that the SSA, if failing to abide by the above directive, will be deemed to have waived the opportunity to respond; and

**IT IS FURTHER ORDERED** pursuant to Local Civil Rule 9.1(e)(3) that the plaintiff may serve and electronically file a reply brief within 15 days after the SSA files a responsive brief; and

**IT IS FURTHER ORDERED** that the plaintiff, if failing to

abide by the above directive, will be deemed to have waived the opportunity to reply; and

**IT IS FURTHER ORDERED** that **NO ENLARGEMENTS OF TIME WILL BE GRANTED** to comply with any directive in this Order, even with the consent of all parties, barring extraordinary circumstances.[2]

                        s/ Michael A. Shipp
                        **MICHAEL A. SHIPP**
                        United States District Judge

---

[2] Extraordinary circumstances do not include: (1) upcoming legal or religious holidays, (2) the vacation plans of the parties or counsel, (3) difficulty in registering for electronic filing, (4) difficulty in complying with the electronic filing rules, (5) time to conduct discovery, (6) difficulty with a computer or internet access, or (7) any purported failure to be notified of this schedule.